```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON YOUNG,

                Plaintiff,

-against-

WARDEN CARTER, et al.,

                Defendants.

1:21-cv-8973 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On March 1, 2022, Defendants Warden Carter, Captain Guerra, and Captain Horton sought leave to move to dismiss this action in its entirety. [ECF No. 17]. A few weeks later, the Court received from the incarcerated Plaintiff a letter seeking an extension of time, which the Court construed as a request for an extended briefing schedule on any motion to dismiss. [ECF No. 21]. The Court then granted Defendants leave to move to dismiss, and directed that any such motion would be "due on or before April 28, 2022." [ECF No. 21]. To date, Defendants have not filed a motion to dismiss or otherwise responded to Plaintiff's Amended Complaint. [ECF No. 14].

      Accordingly, Plaintiff is directed to move for default judgment against the Defendants on or before June 27, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases. Absent further order from the Court, failure to move for a default judgment by June 27, 2022 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

      A copy of this Order and the Court's Individual Rules and Practices for Civil Cases will be mailed to the Plaintiff at the address of record.

SO ORDERED.

Dated: May 26, 2022
         New York, New York

                                                                        */s/ Mary Kay Vyskocil*
                                                                        MARY KAY VYSKOCIL
                                                                        United States District Judge