**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JASON YOUNG,

               Plaintiff,

   -against-                                   21 **CIVIL** 8973 (MKV)

                                                 **JUDGMENT**

WARDEN CARTER, et al.,

               Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2023, Defendants' motion to dismiss is granted and the plaintiff's amended complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 9, 2023

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                              **BY:**   *K. Mango*

                                                           **Deputy Clerk**